707 A.2d 511

COMMONWEALTH of Pennsylvania

v.

Steven Dennis PACEK, Appellant.

Supreme Court of Pennsylvania.

Argued March 11, 1998.

Decided April 3, 1998.

Carol L. Rosen, Pittsburgh, for Steven Dennis Pacek.

John B. Mancke, Harrisburg, for ACLU/PACDL-Amicus.

Claire C. Capristo, Pittsburgh, James R. Gilmore, for Commonwealth.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.